

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00049-CV

**MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor and the
Morningside Ministries Foundation, Inc.,
Appellants

v.

Rosa Lee **RODRIGUEZ**, as next friend of Flora Mendez,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07530
Honorable Laura Salinas, Judge Presiding

## O R D E R

The Appellee's Motion to Reinstate Appeal on Accelerated Docket is GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 16th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court